UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **PAULA BELLI**<br>    **Plaintiff** ) | CIVIL ACTION |
| ) | |
| v. ) | TRIAL BY JURY<br>DEMANDED |
| **UNITED COLLECTION BUREAU, INC.**<br>    **Defendant** ) | |
| ) | DECEMBER 28, 2010 |

## COMPLAINT

1. Plaintiff, Paula Belli, is a natural person residing in Gales Ferry, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

2. The defendant, United Collection Bureau, Inc., ("UCB"), is an Ohio corporation with its headquarters in Toledo, Ohio and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6)

3. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, 1367, and 1337.

4. This Court has jurisdiction over UCB because it engages in debt collection within Connecticut.

5. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

6. UCB was attempting to collect a consumer debt that was claimed against Plaintiff.

7. In the course of attempting to collect the Debt from Plaintiff, UCB called and left a message for Plaintiff, and in that message, UCB failed to state that it was a communication from a debt collector.

8. UCB violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

PLAINTIFF, PAULA BELLI

By: _____
Daniel S. Blinn, Fed Bar No. ct02188
Matthew W. Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
Tel. (860) 571-0408; Fax (860) 571-7457