UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAULA BELLI )<br>　　Plaintiff ) | CASE NO.<br>3:10-CV-02040-CSH |
| )<br>)<br>)<br>v. )<br>) | |
| UNITED COLLECTION BUREAU, INC. )<br>　　Defendant ) | |
| ) | FEBRUARY 15, 2010 |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A(i), the plaintiff, Paula Belli, through her attorney, hereby give notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

　　　　　　　　　　　　PLAINTIFF, PAULA BELLI


　　　　　　　　　　By: /s/Daniel S. Blinn_____
　　　　　　　　　　　　Daniel S. Blinn, Fed Bar No. ct02188
　　　　　　　　　　　　Matthew W. Graeber, Fed Bar No. ct27545
　　　　　　　　　　　　dblinn@consumerlawgroup.com
　　　　　　　　　　　　Consumer Law Group, LLC
　　　　　　　　　　　　35 Cold Spring Rd., Suite 512
　　　　　　　　　　　　Rocky Hill, CT  06067
　　　　　　　　　　　　Tel. (860) 571-0408; Fax (860) 571-7457

2

## **CERTIFICATION**

     I hereby certify that on this 15th day of February, 2010, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                        <u>/s/Daniel S. Blinn</u>
                                        Daniel S. Blinn